# EXHIBIT 8

# Leaderboard

The following shows some of the most profitable traders on BitMEX.
These lists are anonymous. Each name always represents the same user, but is not personally identifiable.

## Top 25 Traders by Notional

| Rank | | Name | Profit | | Is Real Name |
|---|---|---|---|---|---|
| 1 | | Mercury-Wood-Sprite | 8,161.2198 XBT | | ✗ |
| 2 | | Quick-Grove-Mind | 8,047.8158 XBT | | ✗ |
| 3 | | Heavy-Autumn-Wolf | 7,574.4154 XBT | | ✗ |
| 4 | 1. Sunil Shah, 310 Lake St., Unit #310, Huntington Beach, CA 92648 | Alameda Research | 5,244.5830 XBT | | ✓ |
| 5 | | Hot-Relic-Fancier | 4,216.5159 XBT | | ✗ |
| 6 | 2. Bryce Gilleland, 1400 Calle De Las Flores, San Dimas, CA 91773 | coincidentcapitalltd | 2,610.2783 XBT | $31,000,000 Exhibits: 6, 7, 8 | ✓ |
| 7 | 3. Wen Hou, 2253 Martin St. Apt 113, Irvine, CA 92612 | Skitter-Peridot-Raven | 2,329.1721 XBT | | ✗ |
| 8 | | Honeysuckle-South-Rib | 2,111.6555 XBT | | ✗ |
| 9 | | CSW is a fraud | 2,086.7229 XBT | | ✓ |
| 10 | | Tree-Surf-Dragon | 2,053.2285 XBT | | ✗ |
| 11 | Roger Xu, 250 50th St. Apt 3d2 New York, NY 11220 | Roger-LeotankCapital | 1,764.5478 XBT | $21,000,000 Exhibits: 9, 10, 11 | ✓ |
| 12 | | alamedaresearchltd@gmail.com | 1,696.7039 XBT | | ✓ |
| 13 | | Jade-Platinum-Legs | 1,675.8174 XBT | | ✗ |
| 14 | | Circle_Trade | 1,619.6382 XBT | | ✓ |
| 15 | | Winter-Pink-Fang | 1,542.1702 XBT | | ✗ |
| 16 | | daniel3 | 1,514.6067 XBT | | ✓ |
| 17 | | Cream-White-Ox | 1,476.3798 XBT | | ✗ |
| 18 | | xorq | 1,473.0086 XBT | | ✓ |
| 19 | | Disco-Solar-Fang | 1,452.1775 XBT | | ✗ |
| 20 | Roger Xu, 250 50th St. Apt 3d2 New York, NY 11220 | Roger_LeotankCapital | 1,441.3349 XBT | $17,000,000 Exhibits: 9, 10, 11 | ✓ |
| 21 | | Ebony-Fair-Bat | 1,390.0500 XBT | | ✗ |
| 22 | | aoa | 1,386.5926 XBT | | ✓ |
| 23 | | Quill-Rift-Hoof | 1,363.3790 XBT | | ✗ |
| 24 | | Brown-Peat-Myth | 1,248.5080 XBT | | ✗ |
| 25 | | Denim-Sun-Speaker | 1,218.5577 XBT | | ✗ |

Coincident Capital

Home    Our Team    Blog    Contact Us

# Our Team







## Bryce Gilleland

Chief Executive Officer

Bryce is a high energy business veteran and cryptocurrency expert. He has fulfilled various roles in Fortune 500 companies as a senior manager in investor relations and corporate strategy giving him the breadth and vision to guide Coincident. He also founded a cryptocurrency trading firm, serving as its CEO

## Wen Hou

Chief Investment Officer

Wen is a trading, finance, and cryptocurrency expert and enthusiast. Wen boasts over a decade of trading experience and an amazing six year track record in cryptocurrency. Wen is currently ranked on multiple exchange leaderboards and prides himself on making strategic, patient, and disciplined trades. Wen

## Sunil Shah

Chief Operating Officer

Sunil is an electrical and software engineer. Coming from various renewable energy startups he brings experience in software design, predictive analytics, economic forecasting, finance, and operations. He previously founded a company that used artificial intelligence to optimize battery energy storage operations.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

# Secretary of State
## Statement of Information
### (Limited Liability Company)

**LLC-12**

**FILED**
In the office of the Secretary of State
of the State of California

**JUL 10, 2020**

This Space For Office Use Only

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

COINCIDENT CAPITAL GP, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201928710184 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |
| b. Mailing Address of LLC, **if different than item 4a**<br>310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sunil | | Shah | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 225 Copa De Oro Dr. | Brea | CA | 92823 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sunil | | Shah | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Managing Firm |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/10/2020 | Sunil Shah | Managing Partner | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

# Attachment to Statement of Information (Limited Liability Company)

**LLC-12A Attachment**

20-C75659

**A. Limited Liability Company Name**
COINCIDENT CAPITAL GP, LLC

**B. 12-Digit Secretary of State File Number**
201928710184

**C. State or Place of Organization** (only if formed outside of California)
CALIFORNIA

**D. List of Additional Manager(s) or Member(s)** - If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Bryce | | Gilleland | |

Entity Name:

| Address | City | State | Zip Code |
|---|---|---|---|
| 1400 Calle De Las Flores | San Dimas | CA | 91773 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Wen | | Hou | |

Entity Name:

| Address | City | State | Zip Code |
|---|---|---|---|
| 2253 MARTIN APT 113 | Irvine | CA | 92612 |

(Remaining entries blank. All entries crossed out with red markings.)

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

## 1. Issuer's Identity

CIK (Filer ID Number): 0001794657
Previous Names: [X] None

Entity Type:
- [ ] Corporation
- [X] Limited Partnership
- [ ] Limited Liability Company
- [ ] General Partnership
- [ ] Business Trust
- [ ] Other (Specify)

Name of Issuer: Coincident Capital, LP
Jurisdiction of Incorporation/Organization: DELAWARE
Year of Incorporation/Organization:
- [ ] Over Five Years Ago
- [X] Within Last Five Years (Specify Year) 2019
- [ ] Yet to Be Formed

## 2. Principal Place of Business and Contact Information

Name of Issuer: Coincident Capital, LP
Street Address 1: 310 LAKE STREET
Street Address 2: UNIT #310
City: HUNTINGTON BEACH
State/Province/Country: CALIFORNIA
ZIP/PostalCode: 92648
Phone Number of Issuer: 949-633-6491

## 3. Related Persons

Last Name: GILLELAND
First Name: BRYCE
Middle Name:
Street Address 1: 310 Lake Street
Street Address 2: Unit #310
City: Huntington Beach
State/Province/Country: CALIFORNIA
ZIP/PostalCode: 92648
Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):
Manager of General Partner

## 4. Industry Group

[ ] Agriculture  Health Care  [ ] Retailing

| Banking & Financial Services | | Biotechnology | | |
|---|---|---|---|---|
| | Commercial Banking | | Health Insurance | | Restaurants |
| | Insurance | | Hospitals & Physicians | Technology | |
| | Investing | | Pharmaceuticals | | Computers |
| | Investment Banking | | Other Health Care | | Telecommunications |
| X | Pooled Investment Fund | Manufacturing | | | Other Technology |
| | X Hedge Fund | Real Estate | | Travel | |
| | ☐ Private Equity Fund | | Commercial | | Airlines & Airports |
| | ☐ Venture Capital Fund | | Construction | | Lodging & Conventions |
| | ☐ Other Investment Fund | | REITS & Finance | | Tourism & Travel Services |
| | Is the issuer registered as an investment company under the Investment Company Act of 1940? | | Residential | | Other Travel |
| | ☐ Yes    X No | | Other Real Estate | | Other |
| | Other Banking & Financial Services | | | | |

Business Services

Energy
- Coal Mining
- Electric Utilities
- Energy Conservation
- Environmental Services
- Oil & Gas
- Other Energy

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☐ Decline to Disclose | | X Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☐ Investment Company Act Section 3(c) |
|---|---|
| ☐ Rule 504 (b)(1)(i) | ☐ Section 3(c)(1)    ☐ Section 3(c)(9) |

| | |
|---|---|
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(2)   ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(3)   ☐ Section 3(c)(11) |
| ☒ Rule 506(b) | ☐ Section 3(c)(4)   ☐ Section 3(c)(12) |
| ☐ Rule 506(c) | ☐ Section 3(c)(5)   ☐ Section 3(c)(13) |
| ☐ Securities Act Section 4(a)(5) | ☐ Section 3(c)(6)   ☐ Section 3(c)(14) |
| | ☐ Section 3(c)(7) |

### 7. Type of Filing

☐ New Notice    Date of First Sale  2020-02-01    ☐ First Sale Yet to Occur

☒ Amendment

### 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?  ☒ Yes  ☐ No

### 9. Type(s) of Securities Offered (select all that apply)

☐ Equity                                                     ☒ Pooled Investment Fund Interests

☐ Debt                                                       ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security    ☐ Other (describe)

### 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ☐ Yes  ☒ No

Clarification of Response (if Necessary):

### 11. Minimum Investment

Minimum investment accepted from any outside investor $100,000 USD

### 12. Sales Compensation

| Recipient | Recipient CRD Number ☒ None | |
|---|---|---|
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number | ☒ None |
| Street Address 1 | Street Address 2 | |
| City | State/Province/Country | ZIP/Postal Code |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

### 13. Offering and Sales Amounts

Total Offering Amount    USD  or  ☒ Indefinite

| | | |
|---|---|---|
| Total Amount Sold | $2,700,000 USD | |
| Total Remaining to be Sold | USD  or [X] Indefinite | |

Clarification of Response (if Necessary):

### 14. Investors

[X] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.  **22**

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:  **45**

### 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD [ ] Estimate

Finders' Fees $0 USD [ ] Estimate

Clarification of Response (if Necessary):

### 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [ ] Estimate

Clarification of Response (if Necessary):

### Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

### Terms of Submission

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| Coincident Capital, LP | /s/Bryce Gilleland | Bryce Gilleland | Manager of General Partner | 2020-08-10 |

***Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.***

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

OMB APPROVAL
OMB Number: 3235-0076
Estimated average burden hours per response: 4.00

## 1. Issuer's Identity

CIK (Filer ID Number): 0001794657
Previous Names: [X] None
Entity Type:
- [ ] Corporation
- [X] Limited Partnership
- [ ] Limited Liability Company
- [ ] General Partnership
- [ ] Business Trust
- [ ] Other (Specify)

Name of Issuer: Coincident Capital, LP
Jurisdiction of Incorporation/Organization: DELAWARE
Year of Incorporation/Organization:
- [ ] Over Five Years Ago
- [X] Within Last Five Years (Specify Year) 2019
- [ ] Yet to Be Formed

## 2. Principal Place of Business and Contact Information

Name of Issuer: Coincident Capital, LP
Street Address 1: 2 ANCHOR DR
Street Address 2:
City: EMERYVILLE
State/Province/Country: CALIFORNIA
ZIP/PostalCode: 94608
Phone Number of Issuer: 949-633-6491

## 3. Related Persons

Last Name: GILLELAND
First Name: BRYCE
Middle Name:
Street Address 1: 2 ANCHOR DR
Street Address 2:
City: EMERYVILLE
State/Province/Country: CALIFORNIA
ZIP/PostalCode: 94608
Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):
Manager of General Partner

## 4. Industry Group

[ ] Agriculture
 Health Care
[ ] Retailing

- [ ] Banking & Financial Services
  - [ ] Commercial Banking
  - [ ] Insurance
  - [ ] Investing
  - [ ] Investment Banking
  - [X] Pooled Investment Fund
    - [X] Hedge Fund
    - [ ] Private Equity Fund
    - [ ] Venture Capital Fund
    - [ ] Other Investment Fund
    - Is the issuer registered as an investment company under the Investment Company Act of 1940?
      - [ ] Yes
      - [X] No
  - [ ] Other Banking & Financial Services
- [ ] Business Services
- Energy
  - [ ] Coal Mining
  - [ ] Electric Utilities
  - [ ] Energy Conservation
  - [ ] Environmental Services
  - [ ] Oil & Gas
  - [ ] Other Energy
- [ ] Biotechnology
- [ ] Health Insurance
- [ ] Hospitals & Physicians
- [ ] Pharmaceuticals
- [ ] Other Health Care
- Manufacturing
- Real Estate
  - [ ] Commercial
  - [ ] Construction
  - [ ] REITS & Finance
  - [ ] Residential
  - [ ] Other Real Estate
- [ ] Restaurants
- Technology
  - [ ] Computers
  - [ ] Telecommunications
  - [ ] Other Technology
- Travel
  - [ ] Airlines & Airports
  - [ ] Lodging & Conventions
  - [ ] Tourism & Travel Services
  - [ ] Other Travel
- [ ] Other

**5. Issuer Size**

Revenue Range OR Aggregate Net Asset Value Range

- [ ] No Revenues
- [ ] $1 - $1,000,000
- [ ] $1,000,001 - $5,000,000
- [ ] $5,000,001 - $25,000,000
- [ ] $25,000,001 - $100,000,000
- [ ] Over $100,000,000
- [ ] Decline to Disclose
- [ ] Not Applicable

- [ ] No Aggregate Net Asset Value
- [ ] $1 - $5,000,000
- [ ] $5,000,001 - $25,000,000
- [ ] $25,000,001 - $50,000,000
- [ ] $50,000,001 - $100,000,000
- [ ] Over $100,000,000
- [X] Decline to Disclose
- [ ] Not Applicable

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

- [ ] Rule 504(b)(1) (not (i), (ii) or (iii))
- [ ] Rule 504 (b)(1)(i)
- [ ] Investment Company Act Section 3(c)
  - [ ] Section 3(c)(1)
  - [ ] Section 3(c)(9)

| | |
|---|---|
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(2)   ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(3)   ☐ Section 3(c)(11) |
| ☒ Rule 506(b) | ☐ Section 3(c)(4)   ☐ Section 3(c)(12) |
| ☐ Rule 506(c) | ☐ Section 3(c)(5)   ☐ Section 3(c)(13) |
| ☐ Securities Act Section 4(a)(5) | ☐ Section 3(c)(6)   ☐ Section 3(c)(14) |
| | ☐ Section 3(c)(7) |

## 7. Type of Filing

☒ New Notice    Date of First Sale    ☒ First Sale Yet to Occur

☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?   ☒ Yes   ☐ No

## 9. Type(s) of Securities Offered (select all that apply)

☐ Equity                                                                ☒ Pooled Investment Fund Interests
☐ Debt                                                                  ☐ Tenant-in-Common Securities
☐ Option, Warrant or Other Right to Acquire Another Security            ☐ Mineral Property Securities
☐ Security to be Acquired Upon Exercise of Option, Warrant              ☐ Other (describe)
or Other Right to Acquire Security

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   ☐ Yes   ☒ No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $100,000 USD

## 12. Sales Compensation

| Recipient | Recipient CRD Number ☒ None | |
|---|---|---|
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number ☒ None | |
| Street Address 1 | Street Address 2 | |
| City | State/Province/Country | ZIP/Postal Code |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States         ☐ All States    ☐ Foreign/non-US

## 13. Offering and Sales Amounts

Total Offering Amount     USD  or  ☒ Indefinite

Total Amount Sold $0 USD

Total Remaining to be Sold ☐ USD  or  ☒ Indefinite

Clarification of Response (if Necessary):

### 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering: 0

### 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

### 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

### Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| Coincident Capital, LP | /s/ Bryce Gilleland | Bryce Gilleland | Manager of General Partner | 2019-11-20 |

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.**

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.





