# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Dmitry Dolgov </br></br></br>*Plaintiff(s)*</br></br>v.</br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed</br></br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-7140 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    See attached rider

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
    CONSENSUS LAW
    5245 Av. Isla Verde
    Suite 302
    Carolina, PR 00979
    United States of America

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Rider

HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

ABS Global Trading Limited
c/o CORPORATE CREATIONS NETWORK INC.
4640 Admiralty Way 5th floor
Marina Del Rey, CA 90292

Arthur Hayes
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Ben Delo
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Samuel Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Agata Maria Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Barbara A. Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Trace L. Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107