AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-7140-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Agata Maria Reed.
was received by me on *(date)* 10/19/20.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Samuel Reed, a person of suitable age and discretion who resides there,
on *(date)* 10/20/20, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 107.62 for travel and $ _____ for services, for a total of $ 108.60.

I declare under penalty of perjury that this information is true.

Date: 10/20/20

*Server's signature* [signature]

Merrill Smallwood, Process Server.
*Printed name and title*

71 Commercial St 102 Boston, MA 02109.
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-7140-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Samuel Reed**
was received by me on *(date)* **10/19/20**.

☒ I personally served the summons on the individual at *(place)* [redacted]
**Norwell, MA** on *(date)* **10/19/20**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **62.50** for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/20/20**

_Merrill Sullivan_
Server's signature

**Merrill Smallwood, Process Server**
Printed name and title

**71 Commercial St 102 Boston, MA 02109**
Server's address

Additional information regarding attempted service, etc: