AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Dmitry Dolgov <br><br> *Plaintiff(s)* <br> v. <br> HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-7140-JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　　　　See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
　　　　　　　　CONSENSUS LAW
　　　　　　　　5245 Av. Isla Verde
　　　　　　　　Suite 302
　　　　　　　　Carolina, PR 00979
　　　　　　　　United States of America

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT
　　　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong

Date:　　10/16/2020　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Rider

HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

ABS Global Trading Limited
c/o CORPORATE CREATIONS NETWORK INC.
4640 Admiralty Way 5th floor
Marina Del Rey, CA 90292

Arthur Hayes
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Ben Delo
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Samuel Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Agata Maria Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Barbara A. Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

Trace L. Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
340 Brannan Street, 2nd Floor
San Francisco, California 94107

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-7140-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ABS Global Trading Limited was received by me on *(date)* 10/20/20 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tiffany Phillips of Corporate Creations Network, Inc. , who is designated by law to accept service of process on behalf of *(name of organization)* ABS Global Trading Limited 4640 Admiralty Way, 5th Fl., Marina del Rey, CA 90292 on *(date)* 10/20/20 @ 1:45 p.m. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/20

*Server's signature*

Jeff Star, a California Registered Process server #2837
*Printed name and title*

Star Services, Inc.
10573 W. Pico Blvd., Ste. 215
Los Angeles, CA 90064
(310) 475-3626
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons; Rider; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Order for Magistrate Judge Joseph C. Spero; Notice of Assignment of Case; Case Management Statement Packet