| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:    +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Attorneys for Defendants<br>ABS GLOBAL TRADING LIMITED | Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendants<br>SAMUEL REED and AGATA MARIA REED |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Dmitry Dolgov,<br><br>                 Plaintiff,<br><br>     v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>                 Defendants. | Case No. 4:20-CV-07140-YGR<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Ctrm:  1 – 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Motion to Consolidate. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On October 15, 2020, I emailed Plaintiffs' counsel requesting Acknowledgment of Waiver Service forms for Defendants HDR and ABS, and informed him that I was authorized to accept service on each of their behalf. Despite that request, Plaintiffs' counsel proceeded to serve Defendant ABS.

3. On November 3, 2020, I emailed Plaintiffs' counsel to inquire whether Plaintiffs would stipulate to the relief sought in Defendants' motion to consolidate in *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO, motion to shorten the time for a hearing on Defendants' motion to consolidate, and motion for an extension of time of Defendants' deadline to respond to the complaint in this case.

4. Attached as **Exhibit A** is a true and correct copy of counsel for Plaintiffs' November 4, 2020 letter response.

5. Attached as **Exhibit B** is a true and correct copy of counsel for Defendants' November 4, 2020 letter response to counsel for Plaintiffs.

6. Attached as **Exhibit C** is a true and correct copy of counsel for Plaintiffs' second November 4, 2020 letter response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of November, 2020 in Tiburon, California.

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard