1  Stephen D. Hibbard (State Bar No. 177865)          Douglas K. Yatter (State Bar No. 236089)
   sdhibbard@jonesday.com                              douglas.yatter@lw.com
2  JONES DAY                                           LATHAM & WATKINS, LLP
   555 California Street, 26th Floor                   885 Third Avenue
3  San Francisco, CA  94104                            New York, NY 10022-4834
   Telephone:    +1.415.626.3939                       Phone: (212) 906-1200
4  Facsimile:    +1.415.875.5700
                                                       Matthew Rawlinson (State Bar No. 231890)
5  Attorneys for Defendants                            matt.rawlinson@lw.com
   HDR GLOBAL TRADING LIMITED and ABS                  LATHAM & WATKINS, LLP
6  GLOBAL TRADING LIMITED                              140 Scott Drive
                                                       Menlo Park, CA
7                                                      Phone: (650) 328-4600
   Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)          Attorneys for Defendants
8  CONSENSUS LAW                                       SAMUEL REED and AGATA MARIA
   5245 Av. Isla Verde, Suite 302                      REED
9  Carolina, PR 00979
   United States of America
10 Telephone:  (650) 469-3750
   Email:  pp@consensuslaw.io
11
   Attorneys for Plaintiffs
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17

18  Dmitry Dolgov,                          Case No. 4:20-CV-07140-YGR

19              Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                             ADMINISTRATIVE MOTION TO
20       v.                                  EXTEND THE DEADLINE FOR
                                             DEFENDANTS TO RESPOND TO
21  HDR Global Trading Limited (a.k.a.       THE COMPLAINT**
    BitMEX), ABS Global Trading Limited,
22  Grape Park LLC, Mark Sweep LLC,
    Unknown Exchange, Arthur Hayes, Ben
23  Delo, Samuel Reed, Agata Maria Reed
    (A.K.A. Agata Maria Kasza), Barbara A.
24  Reed, and Trace L. Reed,

25              Defendants.

26

27

28

1        Defendants ABS Global Trading Limited, Samuel Reed, and Agata Maria Reed (together,

2  "Defendants"), filed an Administrative Motion to Extend Their Respective Deadlines to Respond

3  to the Complaint.

4        Having read and considered Defendants' Administrative Motion, the supporting

5  Declaration of Stephen D. Hibbard, the pleadings and records on file in this and the related action

6  (*BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO), and all other papers filed

7  by the parties in support and in opposition to Defendants' Administrative Motion, and good cause

8  appearing therefore,

9        **IT IS HEREBY ORDERED** that

10      1.     Defendants' Motion to Extend Their Respective Deadlines to Respond to the

11  Complaint is GRANTED;

12      2.     Absent an Order from this Court or from Judge Orrick requiring otherwise,

13  Defendants' new deadline for responding to the complaint will be 21 days after Judge Orrick

14  decides the Motion to Consolidate currently pending in the related case *BMA LLC v. HDR Global*

15  *Trading Limited*, No. 3:20-cv-03345-WHO (the "*BMA* action"), which seeks consolidation of this

16  action and the *BMA* action for all purposes.

17

18  **IT IS SO ORDERED**.

19

20  Dated:

                          _____

21                            Hon. Yvonne Gonzalez Rogers

22                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28