| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: (650) 469-3750<br>Email: pp@consensuslaw.io<br><br>Attorneys for Plaintiffs | Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br>Attorneys for Defendants<br>SAMUEL REED and AGATA MARIA REED |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Dmitry Dolgov,<br><br>        Plaintiff,<br><br>   v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>        Defendants. | Case No. 4:20-CV-07140-WHO<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Defendants ABS Global Trading Limited, Samuel Reed, and Agata Maria Reed (together, "Defendants"), filed an Administrative Motion to Extend Their Respective Deadlines to Respond to the Complaint.

Having read and considered Defendants' Administrative Motion, the supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this and the related action (*BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO), and all other papers filed by the parties in support and in opposition to Defendants' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. Defendants' Motion to Extend Their Respective Deadlines to Respond to the Complaint is GRANTED;

2. Absent an Order from this Court requiring otherwise, Defendants' new deadline for responding to the complaint will be 21 days after ruling on the Motion to Consolidate currently pending in the related case *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO (the "*BMA* action"), which seeks consolidation of this action and the *BMA* action for all purposes.

**IT IS SO ORDERED**.

Dated: November 5, 2020

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE